IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

24-1467-JPG

FAROOQUE AHMED,
        Plaintiff,

Case No._____

vs.

UNITED STATES OF AMERICA,
        DEFENDANT.

## COMPLAINT PURSUANT TO THE FEDERAL TORT CLAIMS ACT

COMES NOW the Plaintiff FAROOQUE AHMED, IN PRO SE, with his COMPLAINT PURSUANT TO THE FEDERAL TORT CLAIMS ACT, in so doing avers the following in support thereof:

## I.

### JURISDICTION

JURISDICTION is appropriate in the United States District Court For the Southern District of Illinois as the acts and actions complained about occurred in the United States Penitentiary, Marion, Illinois, where the plaintiff is currently confined.  The United States Penitentiary, Marion, Illinois, is located within the Southern District of Illinois.

## II.

### VENUE

VENUE is appropriate as the acts and actions complained about in the Federal Tort Claims complaint, herein, are cognizeable due to either the United States Penitentiary being located in either Terre Haute, Indiana, (or federal correctional institution)or in Marion, Illinois, both of which can consider venue of the filed and verified complaint in this matter.

-1-

## III.

## FACTS

The Plaintiff FAROOQUE AHMED sustained property loss in the amount of $2,000. As part of the property loss the Plaintiff lost a prayer rug and many other items as were described in his federal tort claims act loss that has been administratively exhausted per ATTACHMENT#1, which is the exhausted FEDERAL TORT CLAIMS ACT filing as administered by the North Central Regional Office, Federal Bureau of Prisons, as to the property loss of the Plaintiff.

## IV.

## PRAYER FOR RELIEF

The Plaintiff FAROOQUE AHMED hereby prays for the award of damages in the amount of $2,000 based upon his verified complaint and exhausted administrative remedies in this matter.

Dated:  May 30, 2024                    Respectfully submitted,


FAROOQUE AHMED
ADDRESS:  #77315-083
P.O. BOX 1000   FCI-MARION
MARION, IL   62959


## CERTIFICATE OF SERVICE

I, the undersigned, hereby place my COMPLAINT PURSUANT TO THE FEDERAL TORT CLAIMS ACT in the "prison mailbox", for delivery in the U.S. Mail, postage prepaid, to all parties, this 30th. day of May, 2024.

S/
FAROOQUE AHMED



**U.S. Department of Justice**
Federal Bureau of Prisons

*Office of Regional Counsel*

*North Central Regional Office*

400 State Avenue
Tower II, Suite 800
Kansas City, Kansas  66101

April 16, 2024

AHMED, Farooque #77315-083
FCI Marion
PO BOX 1000
Marion, IL  62959

RE:    Claim Number TRT-NCR-2024-04254
        Amount Claimed $2,000.00

Dear Claimant:

The above-referenced claim has been considered for administrative settlement pursuant to 31 U.S.C. §3723, Small Claims for Property Damage or Loss.  This statute authorizes federal agencies to settle a claim which is filed within one year after the claim accrued, for not more than $1,000 for damage to, or loss of, privately owned inmate property that is caused by the negligence of an officer or employee of the United States Government acting within the scope of employment.

As a result of our investigation, this claim is denied.  This letter serves as notification of the denial pursuant to 31 U.S.C. §3723.  You cannot file suit in an appropriate U.S. District Court, as there is no judicial review for claims decided pursuant to 31 U.S.C. §3723.  You may request, in writing, the Bureau of Prisons reconsider your claim.  Your request for reconsideration must be submitted to the Regional Counsel for the North Central Regional Office within three months of the date of this letter.  You must include additional evidence of the damage or loss to support your request for reconsideration.

Sincerely,

For *[signature]*

Mary A. Noland
Regional Counsel



FAROOQUE AHMED
77315-083
USP Marion - CMU
P.o Box # 1000
Marion IL 62959

SAINT LOUIS MO 630

7 JUN 2024   PM 8  L

⇔77315-083⇔
Us Distric Court Southern Dis
301 W. MAIN ST
Of Illinois
Benton, IL 62812
United States

MAIL CLEARED
US MARSHALS

62812-136201

0531-MO-1

# RECEIVED

## JUN 10 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE