IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAROOQUE AHMED, #77315-083, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-01467-JPG |
| | ) |
| USA, | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

This case was opened upon receipt of an unsigned Complaint filed by Plaintiff Farooque Ahmed on June 10, 2024. The Court ordered Plaintiff to file a *signed* Complaint on or before July 9, 2024, if he intended to proceed with this action. (Doc. 4). The Court separately ordered him to sign and return a Notice and Consent to Proceed Before a Magistrate Judge Jurisdiction Form ("Notice and Consent") by July 1, 2024. (Doc. 2). Plaintiff was clearly advised of his ongoing obligation to promptly notify the Court of any address change within fourteen days, by filing written notice of the same. He was also warned that the action would be dismissed for failure to comply with these Orders. The Court mailed the Orders to Plaintiff at the address on file with the Clerk's Office in this action: United States Penitentiary – Marion, P.O. Box 1000, Marion, Illinois 62959. No mail has been returned to the Court undelivered.

Plaintiff missed every deadline. This includes the deadline for filing a signed Complaint on July 9, 2024, the original deadline for submitting his signed Notice and Consent on July 1, 2024 (Doc. 2), and the extended deadline for filing a signed Notice and Consent on July 8, 2024 (Doc. 5). He did not request an extension. However, Plaintiff recently updated his address

1

following a prison transfer. (Doc. 6). Given this, the Court will *sua sponte* grant an extension of these deadlines.

On or before **AUGUST 12, 2024**, Plaintiff is **ORDERED** to file the following: (1) a signed Complaint; and (2) a signed Notice and Consent.  **Plaintiff is WARNED that failure to comply with this Order shall result in dismissal of the action for noncompliance with the Orders at Docs. 2, 4, and 5 and for want of prosecution under Federal Rule of Civil Procedure 41(b).** The Clerk is **DIRECTED** to mail this Order to the updated address provided by Plaintiff, along with a courtesy copy of the Complaint, a blank Notice and Consent Form, and the docket sheet.

**IT IS SO ORDERED**.

**DATED: 7/11/2024**                    s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **United States District Judge**