IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

24-1467-JPG

FAROOQUE AHMED,
          Plaintiff,

Case No._____

vs.

UNITED STATES OF AMERICA,
          DEFENDANT.

## COMPLAINT PURSUANT TO THE FEDERAL TORT CLAIMS ACT

COMES NOW the Plaintiff FAROOQUE AHMED, IN PRO SE, with his COMPLAINT
PURSUANT TO THE FEDERAL TORT CLAIMS ACT, in so doing avers the following
in support thereof:

## I.

## JURISDICTION

JURISDICTION is appropriate in the United States District Court
For the Southern District of Illinois as the acts and actions complained
about occurred in the United States Penitentiary, Marion, Illinois, where
the Plaintiff is currently confined. The United States Penitentiary,
Marion, Illinois, is located within the Southern District of Illinois.

## II.

## VENUE

VENUE is appropriate as the acts and actions complained about in the
Federal Tort Claims complaint, herein, are cognizeable due to either the
United States Penitentiary being located in either Terre Haute, Indiana,
(or federal correctional institution)or in Marion, Illinois, both of
which can consider venue of the filed and verified complaint in this
matter.

-1-

## III.

### FACTS

The Plaintiff FAROOQUE AHMED sustained property loss in the amount of $2,000.  As part of the property loss the Plaintiff lost a prayer rug and many other items as were described in his federal tort claims act loss that has been administratively exhausted per ATTACHMENT#1, which is the exhausted FEDERAL TORT CLAIMS ACT filing as administered by the North Central Regional Office, Federal Bureau of Prisons, as to the property loss of the Plaintiff.

## IV.

### PRAYER FOR RELIEF

The Plaintiff FAROOQUE AHMED hereby prays for the award of damages in the amount of $2,000 based upon his verified complaint and exhausted administrative remedies in this matter.

Dated:  May 30, 2024

Respectfully submitted,

FAROOQUE AHMED
ADDRESS:  #77315-083
P.O. BOX 1000  FCI-MARION
MARION, IL  62959

### CERTIFICATE OF SERVICE

I, the undersigned, hereby place my COMPLAINT PURSUANT TO THE FEDERAL TORT CLAIMS ACT in the "prison mailbox", for delivery in the U.S. Mail, postage prepaid, to all parties, this 30th. day of May, 2024.

S/
FAROOQUE AHMED

-2-



**Office of Regional Counsel**

**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

400 State Avenue
Tower II, Suite 800
Kansas City, Kansas 66101

April 16, 2024

AHMED, Farooque #77315-083
FCI Marion
PO BOX 1000
Marion, IL 62959

RE:   Claim Number TRT-NCR-2024-04254
      Amount Claimed $2,000.00

Dear Claimant:

The above-referenced claim has been considered for administrative settlement pursuant to 31 U.S.C. §3723, Small Claims for Property Damage or Loss. This statute authorizes federal agencies to settle a claim which is filed within one year after the claim accrued, for not more than $1,000 for damage to, or loss of, privately owned inmate property that is caused by the negligence of an officer or employee of the United States Government acting within the scope of employment.

As a result of our investigation, this claim is denied. This letter serves as notification of the denial pursuant to 31 U.S.C. §3723. You cannot file suit in an appropriate U.S. District Court, as there is no judicial review for claims decided pursuant to 31 U.S.C. §3723. You may request, in writing, the Bureau of Prisons reconsider your claim. Your request for reconsideration must be submitted to the Regional Counsel for the North Central Regional Office within three months of the date of this letter. You must include additional evidence of the damage or loss to support your request for reconsideration.

Sincerely,

For *[signature]*

Mary A. Noland
Regional Counsel

INMATE NAME/NUMBER: _FAROOQUE AHMED-78315-083_HARRISBURG PA   171
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD _F.C.1 Med_
19 JUL 2024   PM 2 L
P.O. BOX _2010_
WHITE DEER, PA 17887

MAIL CLEARED US MARSHALS

U.S District Court
Southern District of Illinois
750 Missouri Ave
East St. Louis Illinois
62201

62201-295429



CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

JUL 24 2024

RECEIVED