# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

FAROOQUIZ
AHMED

_____ )
_____ )   Case Number: 24-1467-JPG
_____ )                (Clerk's Office will provide)
_____ )

*Plaintiff(s)/Petitioner(s)* )
v. )
)  ☐ CIVIL RIGHTS COMPLAINT
)  pursuant to 42 U.S.C. §1983 (State Prisoner)
_____ )  ☐ CIVIL RIGHTS COMPLAINT
_____ )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
USA                      )  ☑ CIVIL COMPLAINT
_____ )  pursuant to the Federal Tort Claims Act, 28 U.S.C.
*Defendant(s)/Respondent(s)* )  §§1346, 2671-2680, or other law

I. **JURISDICTION**

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B.   Defendant _____ USA _____ is employed as
                    (a)    (Name of First Defendant)

_____
     (b)           (Position/Title)

with _____
     (c)      (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☑ No

If your answer is YES, briefly explain:

Rev. 10/3/19

2.      What was the result?


G.      If your answer is NO, explain why not.


H.      Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

Rev. 10/3/19

## IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Please see attachment complaint

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _____is employed as

(Name of Second Defendant)

_____

(Position/Title)

with _____

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☐ Yes    ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Rev. 10/3/19

## II. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability</u>, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):  Farooqne Ahmed

V

Defendant(s):  USA

2.    Court (if federal court, name of the district; if state court, name of the county):  United district Court of the Southern Spte of Indiana

3.    Docket number:  2:23_cv_230

4.    Name of Judge to whom case was assigned:  Mario garcia

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):  Tort claim injury

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):  is still pending on Discovery stage

Rev. 10/3/19

7.    Approximate date of filing lawsuit:

*2o23*

8.    Approximate date of disposition:

*Still on discovery*

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *No*

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution?    ☑Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☑ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take?

*Filed Bp-8*

2.    What was the result?

*Case manager told me to file tort claim*

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take?

Rev. 10/3/19

V.   **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☐ does   ☑ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:   1-14-2025
        (date)

F.C.i Allenawood Med
P.o Box # 2000
    Street Address

Whitedeer, PA 17887
    City, State, Zip

    Signature of Plaintiff

FAROOQUE AHMED
    Printed Name

77315-083
    Prisoner Register Number

    Signature of Attorney (if any)

Rev. 10/3/19

In the United States District Court
For the Southern District of Illinois

Farooque Ahmed
plaintiff

vs

Case No 24-1467-JPG

USA

Complain pursuant to the Federal Tort
Claim Act

Comes Now the plaintiff, Farooque Ahmed, In Pro se.
with His Complant prsuant to Federal Tort Claims
Act, in so doing avers the Following in support thereof:

## I.

### Jurisdiction

Jurisdiction is appropriate, in the United States District
Court you the Southern District of illinois as the acts and
action complained abort accurred in the United states
penitentiary, Marion, Illinois, where plaintiff Filed First
Complaint in 2024

## II.

### Venue

Venue is Appropriate as the acts and actions complained
abort in the Federal Tort Claims complant, here in, are cognizeable
due to either the United States penitentiary being located in either
Terre Htute, Indiana, or (F.C.I) or in Marions illinois, both
of which can consider venue of the Filed and verified complaint in
this matter.

(1)

III,

Facts

The Plaintiff Farooque sustained property loss in the Amount of $2,000. While he was in Terre haute Facility. From April 2018 around up to May 2023. As (Exhibit A) Show the properties Form State by Staff members the properties was Found unsecured. Around last week of Dec 2022 Plaintiff was put in SHU, for incident. By policy inmate properties must be secured and Record sheet must be filled out. Plaintiff stay in SHU Around up to June 2023 As Exhibit A show properties inventory were never done untile 5-19-23 which was violation of FBOP policy. Staff unit manager Jon Shomoji was unit manager Employee by FBOP in CMU Terre Haute, and case manage Klink both were in charge over managed CMU at that time multiple verbal request were made to get properties sheet record but disregard. When 5-19-2023 was given staff refused to put the name who did packed Plaintiff inventory. I Advised many Food items and other non Food item are missing upon Arrival at CMU Marion Around June 2023 Staff was asked about property. IRS Kathy Hill was incharge CMU. Mr. case manager at time was How she advised you properties is Still at Terre haute As Exhibits Show Box table and timing still in Terre Haute. staff in Terre Haute who were incharge of shipping property Box let Plaintiff it for months to rotten Plaintiff property.

Once the properties Arrived Around August 2023 By policy inmate Boxes must be open Front of inmate. which was done in upon arrival at CMU Terre Haute. In CMU Marion the policy was discregard by Kathy hill IRS. And No property sheets were giving. upon Check the Box Front of CMU staff and R&D Reddford. NO inventory was Recorded. More Missing properties item were found and Confront with Staff. FBOP Marion Staff said Filed on it"

Exhibit #C (now informal Remedy. that Staff case manger P. Feild given tort claim Form.

②

On Dec 24, 2023 tort Claim (Exhibit #D) Show was filed with all the item was lost with All year 2022 trust fund Record was attached and all selective items from 2018—2023 including from Jan 2023 up to June 2023 with $130.00 stamps. Which Mr. Jon Shamozi CMU Terre Haute Unit manager advise before trasfer your Food properties all Items will be shipped. Stamps disappear upon arrival. and All food items were vanished in CMU terre Haut Which can be verified by Account trust. ~~trust~~

Exhibit #E Show the Tort Claim was denied. Second attempt was recosinder for $1,000 sentment was tried. Exhabit E show it was again denied by Mary. Noland North Central Region of FBOP

* Quater history can verfied from FBOP Plantiff Reside in CMU SHU from Dec 2022 to June 2023
* trust fund Record from FBOP Which has refused to proid from 2018 up to June 2023 recordin FCI Allenwood Med
* Some Recipt was unable to print due to Carpenter Network.

IV

## Prayer for Relief

The Plaintiff Frooque Ahmed hereby Prayer for the award of damage in Amount $2000 barie based on verified complaint and Exhausted Administrative remodies in this matter.

Date. 1-14-2025

respectfull submitted
Frooque Ahmed
address # 77315-083
P.O Box 2000 FC.1 Allenwood
white deer, PA 17887

Cutification of service

1. the undersigned her by Place my Complaint Pursuant to the Federal tort claim Act. the prisonment Box, for delivery in the U.S Mail, to all parties 14th of Jan 2-25

Frooque Ahmed

③

Exhibit A

Bag 3 of 3

BP-A353.059
SEP 05

**✱ Property Found Unsecured**

# INMATE PERSONAL PROPERTY RECORD

## U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Institution: **FCI Terre Haute**    1. Name: **Ahmed, Farooque**

2. Register No: **77315-083**    3. Unit: **D-Unit**    4. Date & Time of Inventory: **5-19-23 / 11:30AM**

5. Purpose of Inventory (Check one that applies): Date and Time of Action: _____

a. __ Admission    b. __ Hospital    c. __ Writ    d. __ Transfer    e. **X** Detention

f. __ Release    g. __ Incoming Package    h. __ Other (specify) _____

6. Disposition (Disp.)
D-Donated    M-Mail    S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

| a. Personally Owned Items | | | b. Hygiene, etc. | | | d. Food Tobacco items | |
|---|---|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | Disp. |
| Batteries | — | Plastic spoon, cup | — | Dental Floss | — | Chewing tobacco | — |
| Belt | — | Playing Cards | — | Dentures | — | Snuff | — |
| Billfold | — | Purse | — | Deodorant | — | Coffeemate | — |
| Books, Reading hard **6** soft **5** | — | Radio (w earplug) | — | Hair oil | — | Cold drink mix, soda | — |
| | | Religious Medal | — | Noxema | — | Fruit | — |
| Books, Religious hard ___ Soft ___ | — | Ring | — | Powder | — | Honey, Hi-protein | — |
| Brassiere | — | Shirt/Blouse | — | Razor | — | Instant chocolate | — |
| Cap, Hat | — | Shoes | — | Shampoo | — | Instant coffee | — |
| Coat | — | Shoes, shower | — | Shaving lotion | — | | — |
| Coins | — | Shoes, Slippers | — | Skin lotion | — | | — |
| Comb | — | Shoes, Tennis | — | Soap dish | — | | — |
| Combination Lock | — | **3** Shorts | — | Toothbrush | — | | — |
| Dress | — | Skirt | — | Toothpaste | — | | — |
| Driver's License | — | Slip | — | | | | — |
| Earplugs | — | Social Security Card | — | | | | — |
| Eyeglass case | — | **7** Socks | — | | | | — |
| Eyeglasses | — | Socks, Athletic | — | | | | |
| Gloves | — | Stamps | — | | | e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal) | |
| Hairbrush Pick | — | Stockings | — | | | | |
| Handkerchief | — | Sunglasses | — | | | | |
| Jacket | — | Sweater | — | | | | |
| Jogging Suit | — | **1** Sweat pant | — | c. Hobby craft | | | |
| Legal Materials | — | Sweat Shirt | — | | | | |
| Letters | — | Trophy | — | # Article | Disp. | | |
| Magazines | — | **7** T-Shirts | — | | — | | |
| Mirror | — | **8** Underwear | — | | — | | |
| Nail Clippers | — | Watch/Watchband | — | | — | | |
| Pant/Slacks | — | **1** Towel | — | | — | | |
| Pen/Ballpoint | — | **1** Long John T+B | — | | — | | |
| Pencils | — | **4** Tank Tops | — | | — | | |
| Personal Papers | — | **1** Stress ball | — | | — | | |
| Photo Album | — | **1** Fan | — | | — | | |
| Photo | — | | — | | — | | |

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property                                                                 Value Alleged by Inmate

_____

_____

_____

**X** No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____    Date: _____    Time: _____

I have today reviewed the property returned to me. _____

Signature of Inmate                    Register #    Date    Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____    Date: _____    Time: _____

Exhibit A

Bag 2 of 3                                              *Property Found Unsecured

BP-A393.053
SEP 05                    INMATE PERSONAL PROPERTY RECORD   CDFRM

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| Institution: FCI Terre Haute | 1. Name: Ahmed, Farooque |
| 2. Register No: 77315-083 | 3. Unit: D-Unit | 4. Date & Time of Inventory: 5-19-13 / 11:30am |

5. Purpose of Inventory (Check one that applies) Date and Time of Action: _____

| a. __ Admission | b. __ Hospital | c. __ Writ | d. __ Transfer | e. X Detention | 6. Disposition (Disp.) |
| f. __ Release | g. __ Incoming Package | h. __ Other (specify) _____ | | | D-Donated    M-Mail    S-Storage |

K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

a. **Personally Owned Items**

| # | Article | Disp. | # | Article | Disp. | # | b. Hygiene, etc. Article | Disp. | # | d. Food, Tobacco items Article | Disp. |
|---|---------|-------|---|---------|-------|---|---------|-------|---|---------|-------|
| | Batteries | | | Plastic spoon, cup | | | Dental Floss | | | Chewing tobacco | |
| | Belt | | | Playing Cards | | | Dentures | | | Snuff | |
| | Billfold | | | Purse | | | Deodorant | | | Coffeemate | |
| | Books, Reading | | | Radio (w earplug) | | | Hair oil | | | Cold drink mix, soda | |
| | hard ___ soft ___ | | | Religious Medal | | | Noxema | | | Fruit | |
| | Books, Religious | | | Ring | | | Powder | | | Honey, Hi-protein | |
| | hard ___ Soft ___ | | | Shirt Blouse | | | Razor | | | Instant chocolate | |
| | Brassiere | | | Shoes | | | Shampoo | | | Instant coffee | |
| | Cap, Hat | | | Shoes, shower | | | Shaving lotion | | | | |
| | Coat | | | Shoes, Slippers | | | Skin lotion | | | | |
| | Coins | | | Shoes, Tennis | | | Soap dish | | | | |
| | Comb | | | Shorts | | | Toothbrush | | | | |
| | Combination Lock | | | Skirt | | | Toothpaste | | | | |
| | Dress | | | Slip | | | | | | | |
| | Driver's License | | | Social Security Card | | | | | | | |
| | Earplugs | | | Socks | | | | | | | |
| | Eyeglass case | | | Socks, Athletic | | | | | | e. Miscellaneous (List any damaged | |
| | Eyeglasses | | | Stamps | | | | | | property and from where it was received: | |
| | Gloves | | | Stockings | | | | | | e.g. U.S. Marshall | |
| | Hairbrush Pick | | | Sunglasses | | | | | | | |
| | Handkerchief | | | Sweater | | | | | | | |
| | Jacket | | | Sweat pant | | c. Hobby craft | | | | |
| | Jogging Suit | | | Sweat Shirt | | | | | | | |
| 2" | Legal Materials | | | Trophy | | # | Article | Disp. | | |
| | Letters | | | T-Shirts | | | | | | | |
| | Magazines | | | Underwear | | | | | | | |
| | Mirror | | | Watch-Watchband | | | | | | | |
| | Nail Clippers | | | 1/2" Legal Mail | | | | | | | |
| | Pant Slacks | | | 4" Personal mail | | | | | | | |
| | Pen Ballpoint | | | 2 Address Books | | | | | | | |
| | Pencils | | | | | | | | | | |
| 6" | Personal Papers | | | | | | | | | | |
| | Photo Album | | | | | | | | | | |
| 1/2" | Photo | | | | | | | | | | |

8. Items Alleged by Inmate to Have Value Over $100.00
    Description of Property                                        Value Alleged by Inmate

_____

X No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____      Date: _____  Time: _____

I have today reviewed the property returned to me.
_____
            Signature of Inmate                            Register #        Date          Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer:

Bag 1 of 3

✗ Property Found Unsecured

**INMATE PERSONAL PROPERTY RECORD**

88-3383.058
SEP 05

## U.S. DEPARTMENT OF JUSTICE

### FEDERAL BUREAU OF PRISONS

| Institution: FCI Terre Haute | 1. Name: Ahmed, Farooque |
|---|---|
| 2. Register No: 77315-083 | 3. Unit: D-Unit | 4. Date & Time of Inventory: 5-19-23 / 11:30 AM |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: _____
a. ___ Admission    b. ___ Hospital    c. ___ Writ    d. ___ Transfer    e. ✗ Detention
f. ___ Release    g. ___ Incoming Package    h. ___ Other (specify) _____

6. Disposition (Disp.)
D-Donated    M-Mail    S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

**a. Personally Owned Items**

| # Article | Disp. |
|---|---|
| Batteries | |
| Belt | |
| Billfold | |
| Books, Reading hard ___ soft ___ | |
| Books, Religious hard ___ Soft ___ | |
| Brassiere | |
| I Cap, Hat | |
| Coat | |
| Coins | |
| I Comb | |
| I Combination Lock | |
| Dress | |
| Driver's License | |
| Earplugs | |
| 3 Eyeglass case | |
| 4 Eyeglasses | |
| 2 Gloves | |
| I Hairbrush Pick | |
| Handkerchief | |
| Jacket | |
| Jogging Suit | |
| Legal Materials | |
| Letters | |
| Magazines | |
| Mirror | |
| 3 Nail Clippers | |
| Pant/Slacks | |
| Pen-Ballpoint | |
| Pencils | |
| Personal Papers | |
| Photo Album | |
| Photo | |

| # Article | Disp. |
|---|---|
| Plastic spoon, cup | |
| Playing Cards | |
| Purse | |
| I Radio (w earplug) | |
| Religious Medal | |
| Ring | |
| Shirt/Blouse | |
| Shoes | |
| 2 Shoes, shower | |
| Shoes, Slippers | |
| 3 Shoes, Tennis | |
| Shorts | |
| Skirt | |
| Slip | |
| Social Security Card | |
| Socks | |
| Socks, Athletic | |
| Stamps | |
| Stockings | |
| Sunglasses | |
| Sweater | |
| Sweat pant | |
| I Sweat Shirt | |
| Trophy | |
| I T-Shirts | |
| Underwear | |
| I Watch/Watchband | |
| I Scissor | |
| 2 Tweezers | |
| I Boots | |
| I Bowl | |
| I Mug | |
| I Mesh Bag | |
| I Prayer Rug | |

**b. Hygiene, etc.**

| # Article | Disp. |
|---|---|
| Dental Floss | |
| Dentures | |
| I Deodorant | |
| I Hair oil | |
| Noxema | |
| Powder | |
| I Razor | |
| I Shampoo | |
| Shaving lotion | |
| 3 Skin lotion | |
| 2 Soap dish | |
| 2 Toothbrush | |
| Toothpaste | |
| 2 Shaver Bags | |
| 2 Hair Gel | |
| I Toothpicks | |
| I Chapstick | |
| 4 Nasal Spray | |
| 2 Eye Solution | |
| 3 Skin Ointment | |

**c. Hobby craft**

| # Article | Disp. |
|---|---|
| I Mouthpiece | |
| I Sewing Kit | |
| I Wallet | |
| 4 Scented Oils | |
| I Oral Gel | |
| I Inhaler | |
| I Stomach Relief | |
| I Music | |
| I Pet Jelly | |

**d. Food/Tobacco items**

| # Article | Disp. |
|---|---|
| Chewing tobacco | |
| Snuff | |
| Coffeemate | |
| Cold drink mix, soda | |
| Fruit | |
| Honey, Hi-protein | |
| Instant chocolate | |
| Instant coffee | |
| 4 Halls | |
| 3 Fugal Cream | |
| I Lidocaine | |
| I Athelets Foot | |
| 4 Vitamins | |
| I Bandages | |
| 2 Allergy Pills | |

e. Miscellaneous (List any damaged property and from where it was received. e.g. U.S. Marshal)

3 - Bowls w/lids
1 - Utensils
1 - Cup
1 - Water Bottle
3 - Flex Bandages
2 - Wrist Braces
2 - Insoles
3 - Knee Braces
2 - Body Wash
1 - Skin Cream
1 - Sunscreen

8. Items Alleged by Inmate to Have Value Over $100.00

| Description of Property | Value Alleged by Inmate |
|---|---|

✗ No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____  Date: _____ Time: _____

I have today reviewed the property returned to me. _____

| Signature of Inmate | Register # | Date | Time |
|---|---|---|---|

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____  Date: _____ Time: _____

SALES INVOICE -- General Inmate Information --
Terre Haute - FCC
MAIN
ACCOUNT No. 77315083          TF12467
AHMED, FAROOQUE
07/30/19 Time 07:40:39        TX ID 8686697
                              Receipt# 30

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $1,944.13

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | COPY CARD | $7.50 |
| 1 | D - GENERIC TYLENOL, 24 CNT | $0.90 |
| 20 | FOREVER STAMP | $11.00 |
| 1 | SPO 19-0187 $28.95 | $28.95 |
| 1 | TRIPLE ANTIBIOTIC CREAM | $2.50 |
| | # ITEMS SOLD:  24 | |
| | CHARGE   77315083 | $50.85 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,893.28

Signature

Ea Turkish Prayer Rug          Exhibit # A

Exhibit #

Never shipped until this Date

# View/Print Label

1. **Ensure there are no other shipping or tracking l**
   print dialogue box that appears. Note: If your brow
   to print the label.

2. **Fold the printed label at the solid line below.** P
   pouch, affix the folded label using clear plastic shi

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - o Your driver will pickup your shipment(s)

   **Customers without a scheduled Pickup**
   - o Schedule a Pickup on ups.com to have a
   - o Take your package to any location of The
     UPS Customer Center, Staples® or Auth
     please visit the 'Locations' Quick link at

UPS Access Point™                  UPS Access Po
CVS STORE # 8639                   THE UPS STO
670 E MARGARET DR                  5105 S US HIC
TERRE HAUTE IN 47802-3950          TERRE HAUT

Exhibit # B

FOLD HERE

---

2 OF 3

66 LBS
AH

FCC-TERRE HAUTE
812-238-3415
4700 BUREAU ROAD SOUTH
TERRE HAUTE IN 47802

SHIP TO:
MARION USP
4500 PRISON RD
**MARION IL 62959**

IL 629 0-12

about:blank

Exhibit # C

Attachment A

# Administrative Remedy - Informal Resolution
## Marion, Illinois

Inmate's Name: _AHMED_____ Reg. No. _____ Unit: _____ Date: _____

NOTICE:  You are advised that prior to filing a Request for Administrative Remedy [BP-9], you **MUST** attempt to informally resolve your complaint through your counselor.  Please follow the three (3) steps listed below.

1.  State your specific complaint: _On Monday 28th Aug (R&D) when I was given my property All 3 Boxes were open front of me I am missing many property Items. According to BOP policy and procedure R&D Staff must open you property Boo front of inmates when I told obout my property Sheet and go over it. I was told Filed on it if you missing you property._

2.  State what efforts you have made to informally resolve your complaint: _I was told by R&D staff Files on it. on the spot_

3.  State what resolution you request: _I want all my missing property to be given. Stop voilating policy and procedures_

Inmate's Signature: _____ Date: _8-31-23_

4.  Correctional Counselor's Comments (Steps to Resolve): _PER R&D ALL PROPERTY RECIEVED WAS GIVEN TO INMATE. TORT FORM GIVEN_

Counselor's Signature: _P. Zald_   Date: _8-30-23_

Unit Manager's Review: _____ Date: _____

8/30/23
Property
KH

|  | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|
| Date | 8-30 | 8-30 | | |
| Time | 9:00 | 11:00 | | |
| Counselor | P Znl | P. Zu | | |

MAR-1010.03J                    03-27-10                    Page 4

BP-A0943   Small Claims for Property Damage or Loss (31 U.S.C. § 3723)
MAR 18
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred: FCI-TERRE HAUTE 4700 BUREAU ROAD-SOUTH TERRE HAUTE, IN 47802(CMU UNIT) | 2. Name, address of claimant(Register number, street, city, state, and zip code): FAROOQUE AHMED#77315-083 P.O. BOX 1000 FCI-MARION MARION, IL 62959 |
|---|---|
| 3. Date and Day of Incident: May 19, 2023 | 4. Time: (A.M. or P.M.): |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

On Monday, August 28, 2023, when i was given my property by the R/D staff of FCI-Marion, Illinois, they showed me and produced (3)boxes of my property. All three boxes were not opened in front of me. As a result I am missing many property items which i will categorize, below, in separate form. According to BOP Policy staff must open my property in front of me. Staff are to go over my property sheet and account for any missing items in front of me at the time that staff give me my property. This was not done by staff of FCI-Marion. Instead, i was told "to file on it" if you are missing any property. On the attached property sheet it says: "BAG 1 of 3" and * PROPERTY FOUND UNSECURED." This is not BOP Policy. Below is a detailed list of the missing property: (1) cap, hat; (1) comb; (1) combination lock; (3) eyeglasses

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness):

Hosam Smadi and George Yarbrough

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):

$2,000 in actual property loss damages; and, for loss of personal family photos that cannot be replaced as these family members have passed away. I want $1,000 loss for these family photos.

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date December 24, 2023 |
|---|---|

PDF                               Prescribed by PS 5580

CONTINUATION PAGE FOR MISSING PROPERTY:

Please refer to INMATE PERSONAL PROPERTY RECORD ATTACHED. All this property is missing. The items that are listed on my PROPERTY RECORD FORM LISTED AS BAGS 1 THROUGH 3 are missing.

In addition, the staff at the CMU Unit, FCI-Terre haute, claimed that my food would be sent home. I then bought over $130.00 in stamps which I have attached as an EXHIBIT to show that i purchased these stamps for this purpose. There are over 200 food items missing. I am attaching (18)commissary purchase receipts to show that i purchased the stamps in question that are now missing and unaccounted for. IRS-KATHY S. HILL, of the CMU-Marion, did not inventory my incoming property from CMU-TERRE HAUTE, per policy, in front of me. What she did was go through my property out of my presence in FCI-Marion, R/D, and then place my remaining property in the sallyport of the CMU-Marion Unit, so that i could not question the missing property that I have now filed this TORT CLAIM behind.

Over 250 food items were missing and unaccounted for.
(10) deorderants
(1) TURKISH PRAYER RUGS
(2) radios that cost $65.00 per radio



**U.S. Department of Justice**

Federal Bureau of Prisons

_____
Office of Regional Counsel

_North Central Regional Office_    Exhibit #

400 State Avenue
Tower II, Suite 800
Kansas City, Kansas 66101

E

April 16, 2024

AHMED, Farooque #77315-083
FCI Marion
PO BOX 1000
Marion, IL 62959

RE:  Claim Number TRT-NCR-2024-04254
        Amount Claimed $2,000.00

Dear Claimant:

The above-referenced claim has been considered for administrative settlement pursuant to 31 U.S.C. §3723, Small Claims for Property Damage or Loss. This statute authorizes federal agencies to settle a claim which is filed within one year after the claim accrued, for not more than $1,000 for damage to, or loss of, privately owned inmate property that is caused by the negligence of an officer or employee of the United States Government acting within the scope of employment.

As a result of our investigation, this claim is denied. This letter serves as notification of the denial pursuant to 31 U.S.C. §3723. You cannot file suit in an appropriate U.S. District Court, as there is no judicial review for claims decided pursuant to 31 U.S.C. §3723. You may request, in writing, the Bureau of Prisons reconsider your claim. Your request for reconsideration must be submitted to the Regional Counsel for the North Central Regional Office within three months of the date of this letter. You must include additional evidence of the damage or loss to support your request for reconsideration.

Sincerely,

For

Mary A. Noland
Regional Counsel

Exhibit #F



**U.S. Department of Justice**
Federal Bureau of Prisons

_North Central Regional Office_

---

_Office of the Regional Counsel_

400 State Avenue
Tower II, Suite 800
_Kansas City, KS   66101_

**MAY 2 0 2024**

AHMED, FAROOQUE #77315-083
FCI MARION
P. O. BOX 1000
MARION, IL   62959

**CERTIFIED:**   9589 0710 5270 1235 7024 83

Re:    Administrative Claim Number TRT-NCR-2024-04254 (Reconsideration)
        Personal Property: $2,000.00

Dear Claimant:

Your tort claim for personal property loss as referenced above has been reconsidered for administrative settlement pursuant to 31 U.S.C § 3723, Small Claims for Property Damage or Loss. This statute authorizes federal agencies to settle a claim which is filed within one year after the claim accrued, for not more than $1,000.00 for damage to, or loss of, privately owned inmate property that is caused by the negligence of an officer or employee of the United States Government acting within the scope of employment.

Review of your claim for personal property loss has been completed. We find no new evidence that would justify alteration of our decision on May 16, 2024. We will not change our original decision in this matter as we have determined the denial to be appropriate under the facts and information available to us.

Sincerely,

Mary A. Noland
Regional Counsel

Exhibit 19

SALES INVOICE -- Personal/Inmate Information --
Terre Haute - FCC
MAIN
ACCOUNT No.  77315083          TF11895
AHMED, FAROOQUE
12/06/22 Time 08:29:44          TX ID 9859812
                                Receipt# 81
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $190.49

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AAA ION 3 | $1.20 |
| 4 | BROWN RICE/7525 | $6.80 |
| 3 | CHOCOLATE CHIP COOKIE | $1.95 |
| 1 | D - CHILI GARLIC SAUCE | $1.90 |
| 2 | D - CHIPS, FLAMING HOT CHEETOS | $4.30 |
| 1 | D - COFFEE, COLUMBIAN, SK4480 | $2.75 |
| 1 | D - GARLIC POWDER | $1.30 |
| 2 | D - TUNA, GEISHA, P4032 | $3.60 |
| 1 | DATES | $4.25 |
| 1 | ENRICO HOT PEPPER MIX | $2.90 |
| 5 | H - EVERYTHING BAGEL | $3.00 |
| 1 | H - PINK SALMON | $3.75 |
| 5 | H - TROPICAL TRAIL MIX | $5.75 |
| 1 | HALAL BEEF SAUSAGE/ME256 | $2.50 |
| 1 | MRS DASH/1613 | $4.00 |
| 2 | OLIVES/OL44 | $3.40 |
| 2 | P - PEPPERMMINT PATTIES | $3.50 |
| 1 | RAISIN BRAN SK336 | $3.75 |
| 1 | RAMEN, CHILI SK2880 | $0.40 |
| 1 | REFRIED BEANS, COOKQUIK/ P2400 | $2.05 |
| 1 | RICE, WHITE, FE/ P2160 | $1.25 |
| 2 | SNICKERS B384 | $3.00 |
| 1 | VELVEETA CHEESE | $3.25 |
| | # ITEMS SOLD:  41 | |
| | CHARGE   77315083 | $70.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $119.94


Signature

SALES INVOICE --Personal Inmate Information--
Terre Haute - FCC
MAIN
ACCOUNT No. 77315083          TF11933
AHMED, FAROOQUE
12/19/22 Time 10:28:16        TX ID 9867487
                              Receipt# 135

*Exhibit #A*

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $147.94

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AAA ION 3 | $1.20 |
| 4 | BROWN RICE/7525 | $6.80 |
| 3 | CHOCOLATE CHIP COOKIE | $1.95 |
| 1 | COLGATE SOFT TOOTHBRUSH | $0.80 |
| 1 | D - CHILI GARLIC SAUCE | $1.90 |
| 2 | D - CHIPS, FLAMING HOT CHEETOS | $4.30 |
| 2 | D - COFFEE, COLUMBIAN, SK4480 | $5.50 |
| 1 | D - FLOUR TORTILLA, P768 | $2.00 |
| 2 | D - GARLIC POWDER | $2.60 |
| 1 | D - LOTION, ULTRA | $6.25 |
| 10 | D - MACKEREL (4872) | $12.50 |
| 2 | D - MINCED ONION | $2.60 |
| 4 | D - RAMEN SHRIMP CUP SOUP | $2.60 |
| 1 | D - SIERRA MIST ZERO | $6.35 |
| 3 | DOUBLE DIPPED PEANUTS | $5.55 |
| 1 | ENRICO HOT PEPPER MIX | $2.90 |
| 5 | H - EVERYTHING BAGEL | $3.00 |
| 5 | H - TROPICAL TRAIL MIX | $5.75 |
| 1 | HALAL BEEF SAUSAGE/ME256 | $2.50 |
| 1 | HOT SAUCE, LA 6 OZ B24 | $1.85 |
| 1 | JALEPENO PEPPERS/355 | $2.30 |
| 1 | MRS DASH/1613 | $4.00 |
| 2 | OLIVES/OL44 | $3.40 |
| 2 | P - PEPPERMMINT PATTIES | $3.50 |
| 2 | RAISIN BRAN SK336 | $7.50 |
| 10 | RAMEN CAL VEG CUP SOUP SK1320 | $6.50 |
| 2 | RICE, WHITE, FE/ P2160 | $2.50 |
| 2 | TURKEY N SWISS B72 | $3.00 |

# ITEMS SOLD: 73
        CHARGE   77315083        $111.60

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $36.34

_____
Signature

SALES INVOICE --Personal/Inmate Information--
Terre Haute - FCC
MAIN
ACCOUNT No. 77315083                TF11895
AHMED, FAROOQUE
12/28/22 Time 08:47:45        TX ID 9874832
                              Receipt# 108
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $172.59

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 2 | CHOCOLATE CHIP COOKIE | $1.30 |
| 1 | CLOTRIMAZOLE | $1.75 |
| 1 | D - ROLAIDS | $2.50 |
| 20 | FOREVER STAMP | $12.00 |
| 1 | LEGAL ENVELOPES/20243 | $0.20 |
| 1 | SANGEAN MMR77 W/EARBUDS | $64.95 |
| 1 | TOOTHPASTE CLEAR/ SHU | $1.30 |
| 1 | TWIX  B360 | $1.50 |
| 1 | ULTREX VITAMIN, NO IRON/665 | $4.60 |
| 1 | YELLOW TABLET | $1.30 |

# ITEMS SOLD: 30
        CHARGE   77315083       $91.40
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $81.19

Signature

Exhibit # A

Missing

Date:    01/08/2025
Time:    02:58:07 PM

Location: ALX

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 77315083   Inmate Name: AHMED, FAROOQUE**                    **Available Balance: $267.02**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 07/30/2019 | 30 | Sales | | -$50.85 |
| 07/30/2019 | 8211 | SPO - Released | | $28.95 |
| 07/23/2019 | 17 | Sales | | -$11.00 |
| 07/17/2019 | 11 | Sales | | -$25.20 |
| 07/11/2019 | 33319192 | Western Union | AHMAD | $100.00 |
| 07/11/2019 | 109 | Sales | | -$62.75 |
| 07/09/2019 | 33319190 | Western Union | RAANA | $140.00 |
| 07/09/2019 | TL0709 | TRUL Withdrawal | | -$2.00 |
| 07/05/2019 | UIPP0619 | Payroll - IPP | | $19.20 |
| 07/04/2019 | TFN0704 | Phone Withdrawal | | -$50.00 |
| 07/03/2019 | 8211 | SPO | | -$28.95 |
| 07/01/2019 | 18 | Sales | | -$79.85 |

Exhibit # A

Inmate #: 77315083

Abdul [?] Ahmed
77315-083
Fedral Correctionl Institution
Allenwood Med
P-OBox # 2000



Us District Court southern Dist of illinois
301 W main st
Benton, IL 62812

MAIL CLEARED
US MARSHALS

RECEIVED

JAN 27 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE